**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| PEACE VILLAGE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| SELECTIVE INSURANCE COMPANY OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF REMOVAL**

Please take notice that Defendant SELECTIVE INSURANCE COMPANY OF AMERICA ("Selective"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, files this Notice of Removal with respect to the above-captioned action, commenced and pending in the Circuit Court Cook County, Illinois, under Case No. 2026LA001947 removed to the United States District Court for the Northern District of Illinois for the reasons stated below:

1. This lawsuit is a civil action within the meaning of 28 U.S.C. §§1441(a) and 1446(b).

2. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because diversity jurisdiction exists and the amount in controversy exceeds $75,000.

3. On or about February 18, 2026, Plaintiff Peace Village commenced this action by filing a complaint in the Circuit Court of Cook County, Illinois. A true and correct copy of the Summons and Complaint is attached as **Exhibit 1**.

4. Peace Village served Selective by hand-delivering the Complaint to Selective's agent for service of process on March 17, 2026. (*Id.*).

**NATURE OF THE CASE**

5. This action is an insurance coverage dispute arising from Plaintiff Peace Village's claim for alleged damage to its commercial property and related losses under a policy issued by Defendant Selective Insurance Company of America (*Id.* ¶¶ 4, 7).

6. Plaintiff alleges that it owns a senior living community located at 10300 Village Circle Drive, Palos Park, Illinois 60464, and that the property was insured under Policy No. S 2620965 during the relevant policy period of November 1, 2023, through November 1, 2024 (*Id.* ¶¶ 4, 6-8).

7. Plaintiff further alleges that on or about May 7, 2024, the property sustained damage as a result of an alleged hail and/or wind event, and that Plaintiff thereafter submitted Claim No. 22623755 to Selective seeking insurance benefits for the alleged loss (*Id.* ¶¶ 10-11).

8. According to the Complaint, Selective denied all or part of the claim on or about October 22, 2025, which Plaintiff contends constituted a breach of the insurance policy (*Id.* ¶¶ 13-14, 19-20).

9. Plaintiff asserts a single count for breach of contract and seeks to recover alleged damages, including physical damage to the property, loss of income, extra expenses, consulting and professional fees, and other alleged losses, including damages alleged to exceed $3,000,000.00 (*Id.* ¶¶ 15, 17-21).

**PROCEDURAL STATEMENT**

10. The prerequisites for removal under 28 U.S.C. § 1441 have been met.

11. This Notice of Removal is filed within 30 days of the time Peace Village served Selective and is therefore timely under 28 U.S.C. § 1446(b).

12. The Lawsuit was filed in Cook County, Illinois, which falls within the Northern District of Illinois.

13. The Policy at issue in this Lawsuit was issued to a named insured located in Palos Park, Illinois, which falls within the Northern District of Illinois. (*See* Ex. 1).

14. The Property at issue in this Lawsuit is located in Palos Park, Illinois, which falls within the Northern District of Illinois.

15. The United States District Court for the Northern District of Illinois is therefore the proper venue for this Lawsuit.

16. Pursuant to 28 U.S.C. 1441(a), Selective attaches to this Notice of Removal all pleadings and process that have been served on it. (Ex. 1.)

17. As required by 28 U.S.C. § 1446(d), Selective will promptly serve upon Peace Village's counsel and file in Cook County, Illinois, a true and correct copy of this Notice of Removal.

**COMPLETE DIVERSITY OF CITIZENSHIP EXISTS BETWEEN PLAINTIFFS AND DEFENDANT**

18. The Complaint alleges that Peace Village owns real and personal property located in Palos Park, Illinois. (*Id.* ¶ 6).

19. Plaintiff Peace Memorial Ministries d/b/a Peace Village is an Illinois not-for-profit corporation with its principal place of business in Palos Park, Illinois. It is a citizen of Illinois.

20. Defendant Selective is a corporation incorporated in New Jersey with its principal place of business in New Jersey. It is a citizen of New Jersey.

21. Because no plaintiff is a citizen of the same state as any defendant, complete diversity exists among the parties.

**THE AMOUNT IN CONTROVERSY REQUIREMENT IS SATISFIED**

22. Peace Village claims it is owed $3,000,000.00. (*See Id.*).

23. The amount in controversy exceeds $75,000, exclusive of interests and costs.

**NON-WAIVER OF DEFENSES**

24. By removing this action from the Circuit Court of Cook County, Illinois, Selective does not waive any defenses available to it.

25. By removing this action from the Circuit Court of Cook County, Illinois, Selective does not admit any of the allegations in Peace Village's Complaint.

**CONCLUSION**

For the reasons set forth above, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, and removal of this action to this Court is proper under 28 U.S.C. § 1441. In accordance with 28 U.S.C. § 1446, Defendant Selective is concurrently filing a copy of this notice with the Circuit Court of Cook County and has attached hereto as exhibits all process and pleadings served on it in 2026LA001947.

Dated: April 15, 2026

Respectfully Submitted,

SELECTIVE INSURANCE COMPANY OF AMERICA

By: /s/ *Dennis M. Dolan*
*Attorney for Defendant Selective Insurance Company of America*

Dennis M. Dolan (ARDC # 6229150)
Michael G. Cerota (ARDC # 6352659)
LITCHFIELD CAVO LLP
303 W. Madison, Suite 300
Chicago, IL 60606
(312) 781-6641 (Dolan)
(312) 781-6654 (Cerota)
(312) 781-6630 Fax
Dolan@LitchfieldCavo.com
Cerota@LitchfieldCavo.com

## **CERTIFICATE OF SERVICE**

I certify that on April 15, 2026, I, counsel for Selective Insurance Company of America, served the foregoing **NOTICE OF REMOVAL** via electronic mail to the below-listed counsel of record for plaintiff in state court:

Steve McCann
McCann Law Firm, P.C.
77 W. Wacker Drive, Suite4500
Chicago, IL60601
Phone: (312) 278-7646
Email: Steve@McCann-Firm.com

/s/  *Michael G. Cerota*